United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LENA, | No. C 12-01413 YGR (PR) |
|     Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| MARIN COUNTY SHERIFF ROBERT DOYLE, et al., | |
|     Defendants.                       / | |

      This action was opened in error when the Court received from Plaintiff a civil rights complaint that was intended to be filed as an amended complaint in a previously-filed action -- Case No. C 12-0378 YGR (PR). On April 20, 2012, Plaintiff filed a document entitled, "Motion to Withdraw Action CV 12-00378 YGR for inability to pay filing fee, delay in filing and response by this court, resulting in another Complaint under the Civil Rights Act 42 U.S.C. s. 1983. # CV 12-1413 . . . ." in Case No. C 12-0378 YGR (PR). In that document, Plaintiff explained that he wanted to "discontinue and withdraw CV 12-00378 to pursue his claim against many of the same respondents in CV 12-1413." (Apr. 20, 2101 Mot. in Case No. C 12-0378 YGR (PR) at 2.)

      Plaintiff currently has two separate civil rights actions pending, although he intends to pursue only one action. However, Plaintiff must pursue his claims in the lower-numbered case, Case No. C 12-0378 YGR (PR). Accordingly, the Clerk is directed to remove Plaintiff's civil rights complaint, to file it in his previously-filed action (Case No. C 12-0378 YGR (PR)), and to docket it as Plaintiff's "Amended Complaint." The Clerk is further directed to mark it as filed on March 20, 2012, the date it was received by the Court. The Clerk shall also do the same with any pending

1 motions from this action, except for the motion for leave to proceed *in forma pauperis* (IFP), which
2 is unnecessary because Plaintiff has already been granted leave to proceed IFP in Case No. C 12-
3 0378 YGR (PR). The Court will review Plaintiff's "Amended Complaint" and all the
4 aforementioned pending motions in a separate written Order in Case No. C 12-0378 YGR (PR).

5 The present action is DISMISSED because it was opened in error. No filing fee is due. The
6 Clerk shall close the file.

7 IT IS SO ORDERED.

8 DATED: May 7, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**